UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANCES E. MOLARIUS,  <br>  Plaintiff,  <br>v.  <br>NORTHWEST NEVADA TELCO, INC. a corporation; NEVADA TELCOM SERVICES, INC. and/or DOES I through X, ROE CORPORATIONS A through E, jointly and severally,  <br>  Defendants. | 03:05-CV-00383-LRH-VPC  <br><br>ORDER |

   Presently before the court is a Motion for Attorney's Fees and Related Non-Taxable Expenses (# 84[1]) filed by defendants, Northwest Nevada Telco, Inc. and Nevada Telecom Services, Inc. (collectively, "Defendants").  Plaintiff, Frances Molarius ("Molarius"), has filed an opposition (# 94), and Defendants replied (# 99).  Also before the court is Molarius's Motion for Stay (# 100). Defendants have filed an opposition (# 101), and Molarius replied (# 103).

   Defendants seek to recover $94,178.75 in attorney's fees and $8,293.66 in non-taxable costs.  Molarius opposes the motion arguing that her claims were brought in good faith and pursuant to an honest and sincere assessment of the law and facts.

---

[1] Refers to the court's docket number.

The court may award attorney's fees to Defendants upon a finding that Molarius's action was frivolous, unreasonable, or without foundation, even though it was not brought in subjective bad faith. *See Christiansburg Garment Co. v. Equal Employment Opportunity Commission*, 434 U.S. 412 (1978). Although the issue is close in the case at bar, the court finds that Molarius's action was not frivolous, unreasonable, or without foundation. As such, Defendants' motion will be denied.

In addition, Molarius has filed a motion requesting a stay on the costs awarded to Defendants. Molarius asserts that paying the costs would constitute an extreme hardship because Molarius is unemployed due to her health and is currently awaiting commencement of disability benefits. As Molarius has not posted a supersedeas bond, she is not entitled to a stay pursuant to Rule 62(d) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 62(d). Furthermore, Molarius has not made a showing to support the court's discretionary grant of relief. *See Matter of Combined Metals Reduction Co.*, 557 F.2d 179, 193 (9th Cir. 1977); *see also Dillon v. Chicago*, 866 F.2d 902, 904-05 (7th Cir. 1989). For these reasons, Molarius's motion will be denied.

IT IS THEREFORE ORDERED that Defendants' Motion for Attorney's Fees and Related Non-Taxable Expenses (# 84) is hereby DENIED.

IT IS FURTHER ORDERED that Molarius's Motion for Stay (# 100) is hereby DENIED.

IT IS SO ORDERED.

DATED this 3rd day of September, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE